

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2014

No. 04-13-00668-CR

Javier **GARZA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR3388
The Honorable Angus K. McGinty, Judge Presiding

## O R D E R

The Appellant's Request to File Paper Filings is hereby GRANTED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court